1 Elliott J. Forgette, Petitioner v. The People of the State of Colorado, Respondent No. 21SC236
Supreme Court of Colorado, En Banc
February 22, 2022
 
 Court
 of Appeals Case No. 16CA441
 
 
 
 GRANTED
 PETITIONS FOR WRIT OF CERTIORARI
 
 
 Petition
 for Writ of Certiorari GRANTED.
 
 
 Whether
 a sleeping-juror issue is preserved where the prosecutor and
 defense counsel alert the trial court that a juror is
 sleeping.
 
 
 Whether
 there is, as the division held, "a distinction between
 the waiver of the right to a jury trial and the waiver of the
 right to a jury of twelve," such that defense counsel
 can waive the number of jurors without her client's
 approval.
 
 
 [REFRAMED]
 Whether a defendant's right to a jury of twelve is waived
 when defense counsel alerts the judge to a sleeping juror at
 trial but does not raise an objection.
 
 
 DENIED
 AS TO ALL OTHER ISSUES.